FILED

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF VIRGINIA

## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19MJ 116 |
| v. | ) | |
| | ) | |
| SAMUEL Q. SPAULDING, | ) | Court Date: March 4, 2019 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

Count I (Misdemeanor 7517059)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 31, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SAMUEL Q. SPAULDING, did unlawfully operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 18.2-266(ii))

Count II (Petty 7517060)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 31, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SAMUEL Q. SPAULDING, did after being advised of the consequences, refuse to consent to a chemical test and tests of his blood, breath, and urine, after arrest for driving under the influence.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 18.2-323.1)

## Count III (Petty 7516061)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 31, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SAMUEL Q. SPAULDING, did wrongfully consume an alcoholic beverage while driving a motor vehicle upon a public Highway.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 18.2-323.1)

Count IV (Misdemeanor 7516371)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 31, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SAMUEL Q. SPAULDING, did unlawfully operate a motor vehicle upon a highway recklessly and in a manner so as to endanger life, limb, or property of any person.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 46.2-852)

Count V (Misdemeanor 7517057)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 31, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SAMUEL Q. SPAULDING, did willfully injure or commit any depredation against any property of the United States, or of any department or agency thereof.

(In violation of Title 18, United States Code, Section 1361)

Count VI (Petty 7516372)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 31, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SAMUEL Q. SPAULDING, did unlawfully fail to furnish proof to a law enforcement officer that the vehicle he was operating at the time of traffic accident was insured.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 46.2-902.1)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

_____
Amanda R. Williams
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Amanda.R.Williams@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 28 day of February, 2019 to the defendant at:

Samuel Q. Spaulding
6510 W. Franklin Street
Richmond, VA 23226

By: _____
Amanda R. Williams
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Amanda.R.Williams@usdoj.gov